UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TONELLI,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No. 20-cv-00442-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On January 21, 2020, Defendant Wells Fargo Bank, N.A. removed this case to federal court. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Kandis A. Westmore to determine whether it is related to *Tonelli v. Wells Fargo Bank, N.A.*, 19-cv-04904-KAW.

**IT IS SO ORDERED.**

Dated: January 24, 2020

_____
DONNA M. RYU
United States Magistrate Judge